## ROBERTS v. ROBERTS.

BELL, Justice. 1. The evidence being in conflict on the material issues, it does not appear that the award of temporary alimony and attorney's fees involved an abuse of the discretion of the judge. Code, § 30-205; *Pearson* v. *Pearson*, 125 *Ga.* 132 (54 S. E. 194); *George* v. *George*, 130 *Ga.* 608 (61 S. E. 401); *Brown* v. *Brown*, 159 *Ga.* 323 (125 S. E. 713); *Rigdon* v. *Rigdon*, 174 *Ga.* 903 (164 S. E. 677); *Burkhalter* v. *Burkhalter*, 189 *Ga.* 344 (6 S. E. 2d, 290).

2. Under the pleadings and the evidence the court did not err in continuing in force the writ of ne exeat and the bond given thereunder. See Code, § 37-1401; *Bleyer* v. *Blum*, 70 *Ga.* 558 (1 c); *Conyers* v. *Gray*, 67 *Ga.* 329 (2.); *Carnes* v. *Carnes*, 138 *Ga.* 1 (5) (74 S. E. 785); *May* v. *May*, 146 *Ga.* 521 (91 S. E. 687). The case differs from *Lomax* v. *Lomax*, 176 *Ga.* 605 (168 S. E. 863), cited for the plaintiff in error.

3. The motion by the defendant in error to award damages, on the ground that the case was brought to the Supreme Court for delay only, is denied. *Judgment affirmed. All the Justices concur.*

No. 13270. JULY 13, 1940.

*Joseph E. Webb* and *P. J. Smith,* for plaintiff in error.
*Joseph B. McGinty,* contra.